```
                                FILED
                        CLERK, U.S. DISTRICT COURT

                            FEB 25 2008

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CAMBA,<br><br>    Petitioner,<br><br>    v.<br><br>W. J. SULLIVAN, Warden,<br><br>    Respondent. | NO. ED CV 07-1132 JSL (FMO)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and the Objections to the Report and Recommendation. Having made a _de novo_ determination of the portions of the Report and Recommendation to which the Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge. Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered dismissing the action with prejudice.
2. The Clerk shall serve copies of this Order and the Judgment herein on the parties.

DATED: Feb. 25, 2008.

Spencer Letts
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE