JS-6

FILED
CLERK, U.S. DISTRICT COURT

FEB 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CAMBA, <br><br> Petitioner, <br><br> v. <br><br> W. J. SULLIVAN, Warden, <br><br> Respondent. | NO. ED CV 07-1132 JSL (FMO) <br><br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Feb. 25, 2008.

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE